NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDDIE JOHNSON,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7040

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-1722, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Eddie Johnson moves for various reliefs, including judicial notice and leave to file a supplemental brief.

Upon consideration thereof,

IT IS ORDERED THAT:

JOHNSON V. SHINSEKI                                                          2


    The motions are deferred for consideration by the merits panel. A copy of this order and Johnson's submission will be transmitted to the merits panel.

FOR THE COURT


        /s/  Daniel E. O'Toole
          Daniel E. O'Toole
          Clerk

s26